**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

WILLIE JORDAN                                                                                               PLAINTIFF

v.                                        NO. 4:14CV00484 JLH

SALINE COUNTY SHERIFF'S OFFICE                                                        DEFENDANT

**ORDER**

On June 29, 2015, the defendant filed a motion for summary judgment. The plaintiff, Willie Jordan, did not respond to the motion within the time provided by Local Rule 56.1(d) and Local Rule 7.2(b). On July 7, 2015, the Court entered an Order notifying the plaintiff that if he did not file a response to the motion for summary judgment by July 17, 2015, the Court would assume that he did not oppose the motion and would act accordingly. He has not responded.

The motion for summary judgment states a prima facie basis for granting summary judgment. Willie Jordan has not responded and met proof with proof. Therefore, the motion is GRANTED. Document #19. Summary judgment is entered in favor of the defendant against Willie Jordan.

IT IS SO ORDERED this 21st day of July, 2015.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE