**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

WILLIE JORDAN                                                                                    PLAINTIFF

v.                                              NO. 4:14CV00484 JLH

SALINE COUNTY SHERIFF'S OFFICE                                          DEFENDANT

## **JUDGMENT**

Pursuant to the Order entered separately today, judgment is entered in favor of the Saline

County Sheriff's Office on the claims of Willie Jordan.  This action is dismissed with prejudice.

IT IS SO ORDERED this 21st day of July, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE